# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  09-cr-00416-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ROBERTO REYES-BARBA,

    Defendant.

---

## MINUTE ORDER[1]

---

    A Status Conference/Scheduling Conference is set for **February 4, 2010**, at 9:00 a.m., at which counsel for the government, new CJA counsel for the defendant, and the defendant shall appear without further notice or order; provided furthermore, that the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated: January 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.