**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00416-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROBERTO REYES-BARBA,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The Change of Plea hearing set for February 26, 2010, is **VACATED** and **RESET** to **March 4, 2010**, at 11:00 a.m.  The United States Marshal for the District of Colorado shall assist in securing the appearance of the defendant at the Change of Plea hearing.

    Dated:  February 26, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.