# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09-cr-00416-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROBERTO REYES-BARBA,

    Defendant.

## MINUTE ORDER[1]

On September 16, 2010, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with the parties and with their consent,

**IT IS ORDERED** as follows:

1. That on **February 4, 2011**, commencing at 9:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: September 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.